**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JASON PARKER, | |
| Plaintiff, | CIVIL ACTION NO. 3:15-CV-2310 |
| v. | (JUDGE CAPUTO) |
| BARKMAN, et al., | |
| Defendants. | (MAGISTRATE JUDGE SCHWAB) |

## **ORDER**

**NOW**, this 17th day of June, 2016, **IT IS HEREBY ORDERED** that Magistrate Judge Schwab's Report and Recommendation (Doc. 10) is **ADOPTED** in its entirety. Plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. 5) is **DENIED**. Plaintiff's Complaint (Doc. 1) is **DISMISSED** without prejudice to Plaintiff re-filing the Complaint with the required filing fee.

                                                             /s/ A. Richard Caputo
                                                             A. Richard Caputo
                                                             United States District Judge